IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEQUAVA MATTHEWS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-4632 |
| | : | |
| PHILADELPHIA CORPORATION FOR AGING | : : | |

## ORDER

AND NOW, this 7th day of June 2023, upon considering plaintiffs' motion for conditional certification (DI 19), defendant's brief in opposition (DI 33), plaintiffs' brief in reply (DI 34), oral argument by the parties on April 11, 2023 (DI 36), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that plaintiffs' motion for conditional certification (DI 19) is **GRANTED**.

MURPHY, J.