IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated,<br>    Plaintiff,<br>v.<br>PHILADELPHIA CORPORATION FOR AGING,<br>    Defendant. | 2:22-cv-04632-JFM |

## CONSENT TO BECOME PARTY PLAINTIFF

I have read the form entitled "Notice of Collective Action Lawsuit" and consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I have worked for Philadelphia Corporation for Aging as an OAPS Investigator at some time between July 7, 2020 and July 7, 2023. I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I consent and agree that I will be bound by the rulings of the Court on all issues in this action, including the fairness of any settlement.

_____    8/30/23
Signature              Date

Cindy Lamontagne
Name (Please Print Neatly)



Email Address

**Return by September 5, 2023 to:**

    Winebrake & Santillo, LLC
    715 Twining Road, Suite 211
    Dresher, PA 19025