IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : : : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : : | |
| PHILADELPHIA CORPORATION FOR AGING, | : : | |
| Defendant. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND OTHER RELATED RELIEF**

Nequava Matthews ("Plaintiff") files this motion seeking final approval of the settlement of this "hybrid" class/collective action lawsuit, which alleges that Philadelphia Corporation for Aging ("PCA") failed to pay overtime wages to her and other salaried OAPS Investigators ("Investigators") in violation of the of the Fair Labor Standards Act ("FLSA") and the Pennsylvania Minimum Wage Act ("PMWA"). PCA denies liability, yet – like Plaintiff – it has settled to avoid the risk, delay, and expense of continued litigation and, therefore, does not oppose this motion. A copy of the applicable "Class and Collective Action Settlement Agreement" ("Agreement") is attached.

For the reasons to be detailed in Plaintiff's accompanying memorandum of law, Plaintiff respectfully requests entry of an order: **(i)** approving the settlement as "fair, reasonable, and adequate" under Federal Rule of Civil Procedure ("Civil Rule") 23(e); **(ii)** approving the release of the FLSA claim; **(iii)** certifying the settlement class under Civil Rule 23(a) and (b)(3); **(iv)** finding the settlement class "similarly situated" under FLSA Section 16(b); **(v)** approving Plaintiff's requested $7,500 service award; **(vi)** appointing Winebrake & Santillo, LLC ("W&S") as class counsel; and **(vii)** approving the payment of $330,000 to W&S to cover attorney's fees,

1

litigation expenses, and settlement administration expenses.

      **WHEREFORE**, Plaintiff respectfully asks that the Court grant this motion.[1]

Date: February 27, 2025            Respectfully,

*(signature)*

_____
Peter Winebrake
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
*Plaintiff's Counsel*

---

[1] Plaintiff does not attach a proposed order to this motion because individuals potentially covered by the settlement have until March 3, 2025 to participate in the settlement by returning the Court-approved consent form to the settlement administrator. Unless the Court instructs otherwise, Plaintiff intends to file a proposed order on March 5, 2025 (one day prior to the fairness hearing). This will ensure that the proposed order accounts for all individuals who join the settlement between today and March 5.