IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEQUAVA MATTHEWS, on behalf of herself and   :   2:22-cv-04632-JFM
others similarly situated,   :
                        Plaintiff,   :
     v.   :
                                   :
PHILADELPHIA CORPORATION FOR AGING,   :
                  Defendant.   :

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHILO11
Raheem A Brown

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_____

Signature

_____

Date 2/6/25

Raheem Brown

Name (Please Print Neatly)

████████████████████████

████████████████████████

████████████████████████

████████████████████████

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL011
Raheem A Brown

HOUSTON TX RPDC 773

12 FEB 2025  PM 4 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 59    IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE

**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92871

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEQUAVA MATTHEWS, on behalf of herself and          :          2:22-cv-04632-JFM
others similarly situated,                                              :
                           Plaintiff,          :

           v.          :

PHILADELPHIA CORPORATION FOR AGING,          :
                   Defendant.          :

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHIL014
Pearlie L Byrd

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_Pearlie Byrd_
Signature

_1/28/25_
Date

_Pearlie Byrd_
Name (Please Print Neatly)

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Email Address

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL014
Pearlie L Byrd

PHILADELPHIA PA 190
10 FEB 2025 PM 9 L



NO POSTAGE
NECESSARY.
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 59    IRVINE CA
POSTAGE WILL BE PAID BY ADDRESSEE



**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92871

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEQUAVA MATTHEWS, on behalf of herself and :    2:22-cv-04632-JFM
others similarly situated, :
                Plaintiff, :
       v. :
:
PHILADELPHIA CORPORATION FOR AGING, :
                Defendant. :
:

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the

case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D.

Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29

U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by

the settlement's terms and, in consideration for the settlement payment, will release and forever discharge

Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates,

related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses,

administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal,

state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or

any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated

damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or

equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of

the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August

20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws,

any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging

unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest

breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records;

failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked;

failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties;

failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHIL020
Priscilla Clinkscales

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_Priscilla Jenkins_ maiden name (Clinkscales)

Signature

_02/11/2025_

Date

_Priscilla Jenkins_

Name (Please Print Neatly)

█████████

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL020
Priscilla Clinkscales

MID-ISLAND NY 117

12 FEB 2025 PM 7 L





NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 59    IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE

**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92871

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PHILADELPHIA CORPORATION FOR AGING, | : | |
| Defendant. | : | |

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHILo22
Crystal A Coleman

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_Crystal A. Coleman_
Signature

_1-31-25_
Date

_Crystal A Coleman_
Name (Please Print Neatly)

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL022
Crystal A Coleman

PHILADELPHIA PA 190

30 JAN 2025 PM 6 L



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 59    IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE

**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : | |
| PHILADELPHIA CORPORATION FOR AGING, | : | |
| Defendant. | : | |

### <u>CONSENT TO PARTICIPATE IN SETTLEMENT</u>

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage

statements; failure to compensate for all time worked; failure to properly calculate compensable time

worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner,

including upon employment termination; and contributions to any 401(k), 403(b), pension plan, or other

retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my

back wages. The other 50% will be reported on a Form 1099, which represents liquidated damages.  I

agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax

treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of

Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval

of the settlement.

_____          02/26/2025
Signature                                                          Date

Michel-Ange Feristin
Name (Please Print Neatly)

█████████████████████████
██████████████████████
█████████████████████
██████████████

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025 to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
2832 Walnut Avenue, Suite C
Tustin, CA 92780

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PHILADELPHIA CORPORATION FOR AGING, | : | |
| Defendant. | : | |

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHIL035
Grisel Flores Rivera

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.



Signature

Name (Please Print Neatly): Grisel Rivera

Date: 1/27/25

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL035
Grisel Flores Rivera

PHILADELPHIA PA 190
4 FEB 2025 PM 5 L



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL     PERMIT NO. 59     IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE

**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA




IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
|  | : |  |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| PHILADELPHIA CORPORATION FOR AGING, | : |  |
|  | : |  |
| Defendant. | : |  |

## <u>CONSENT TO PARTICIPATE IN SETTLEMENT</u>

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage

The signed document can be validated at https://app.vinesign.com/Verify

statements; failure to compensate for all time worked; failure to properly calculate compensable time

worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner,

including upon employment termination; and contributions to any 401(k), 403(b), pension plan, or other

retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my

back wages. The other 50% will be reported on a Form 1099, which represents liquidated damages.  I

agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax

treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of

Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval

of the settlement.

_____                    02/25/2025
Signature                                          _____
                                                   Date

    Irina Gekker
_____
Name (Please Print Neatly)

███████████████████
_____
Address

  ███████████████████
_____
City, State, Zip Code

███████████████████████
_____
Phone Number

  ███████████████████
_____
Email Address

**Return (preferably in enclosed envelope) by March 3, 2025 to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
2832 Walnut Avenue, Suite C
Tustin, CA 92780

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
| Plaintiff, | : |  |
| v. | : |  |
| PHILADELPHIA CORPORATION FOR AGING, | : |  |
| Defendant. | : |  |

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHIL042
Sheinna Gonzalez

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.



Signature

Name (Please Print Neatly) Sheinna Gonzalez

Date 2/7/25

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL042
Sheinna Gonzalez

PHILADELPHIA PA 190

8 FEB 2025 PM 7 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 59    IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE

**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92871

92871899998

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : : | |
| PHILADELPHIA CORPORATION FOR AGING, | : : | |
| Defendant. | : : | |

## <u>CONSENT TO PARTICIPATE IN SETTLEMENT</u>

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage

statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on a Form 1099, which represents liquidated damages.  I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_____                         02/25/2025
Signature                                                  Date

         Leslie Harris
_____
Name (Please Print Neatly)

███████████████████████
_____
Address

███████████████████████
██████████

██████████████████
████

██████████████████████
Email Address

**Return (preferably in enclosed envelope) by March 3, 2025 to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
2832 Walnut Avenue, Suite C
Tustin, CA 92780

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : : : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : : | |
| PHILADELPHIA CORPORATION FOR AGING, | : : | |
| Defendant. | : : | |

## <u>CONSENT TO PARTICIPATE IN SETTLEMENT</u>

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage

statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on a Form 1099, which represents liquidated damages.  I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_____          02/26/2025
Signature                                                                    Date

Christopher Jackson
_____
Name (Please Print Neatly)

_____
Email Address

**Return (preferably in enclosed envelope) by March 3, 2025 to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
2832 Walnut Avenue, Suite C
Tustin, CA 92780

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| PHILADELPHIA CORPORATION FOR AGING, | : |  |
| Defendant. | : |  |

## **CONSENT TO PARTICIPATE IN SETTLEMENT**

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the

case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM

(E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor

Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound

by the settlement's terms and, in consideration for the settlement payment, will release and forever

discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries,

affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees,

heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant

to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including

overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory

penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation

costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or

that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from

November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims

arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations,

ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages;

failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation;

failure to maintain required business records; failure to provide accurate or complete itemized wage

statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on a Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

*Georgina Jalloh*
_____                    03/03/2025
Signature                                           _____
                                                    Date

Georgina Jalloh
_____
Name (Please Print Neatly)

██████████████████████
██████████████████████
██████████████████████
██████████████████████
██████████████████████
_____
Email Address

**Return (preferably in enclosed envelope) by March 3, 2025 to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
2832 Walnut Avenue, Suite C
Tustin, CA 92780

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| PHILADELPHIA CORPORATION FOR AGING, | : |  |
| Defendant. | : |  |

## <u>CONSENT TO PARTICIPATE IN SETTLEMENT</u>

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHIL056
Tia Kelly

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_____    _____
Signature                                                    Date  1/28/25

_____
Name (Please Print Neatly)  TIA MARIE Ihelly

_____
Email Address

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL056
Tia Kelly

PHILADELPHIA PA 190

29 JAN 2025 PM 10 L



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 59    IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE

**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92871

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PHILADELPHIA CORPORATION FOR AGING, | : | |
| Defendant. | : | |

## <u>CONSENT TO PARTICIPATE IN SETTLEMENT</u>

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage

statements; failure to compensate for all time worked; failure to properly calculate compensable time

worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner,

including upon employment termination; and contributions to any 401(k), 403(b), pension plan, or other

retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my

back wages. The other 50% will be reported on a Form 1099, which represents liquidated damages.  I

agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax

treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of

Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval

of the settlement.

_____          02/26/2025
Signature                                                        Date

_____
    Shanead Lambert
Name (Please Print Neatly)

hiladelphia, PA,19111

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025 to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
2832 Walnut Avenue, Suite C
Tustin, CA 92780

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PHILADELPHIA CORPORATION FOR AGING, | : | |
| | : | |
| Defendant. | : | |

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.**  I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024.  This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage

statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on a Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_____          02/25/2025
Signature                                 _____
                                          Date

Cindy Lamontagne
_____
Name (Please Print Neatly)

_____

_____

_____
Email Address

**Return (preferably in enclosed envelope) by March 3, 2025 to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
2832 Walnut Avenue, Suite C
Tustin, CA 92780

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEQUAVA MATTHEWS, on behalf of herself and
others similarly situated,

              Plaintiff,

    v.

PHILADELPHIA CORPORATION FOR AGING,
              Defendant.

:   2:22-cv-04632-JFM

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHILO64CR
Nequava Matthews

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_Niquava Matthews_
Signature

01-22-2025
Date

_Nequava Matthews_
Name (Please Print Neatly)

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL064CR
Nequava Matthews

PHILADELPHIA PA 190

24 JAN 2025 PM 10 L



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 59    IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE

**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92871

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEQUAVA MATTHEWS, on behalf of herself and     :     2:22-cv-04632-JFM
others similarly situated,                     :
                          Plaintiff,           :
                                               :
              v.                               :
                                               :
PHILADELPHIA CORPORATION FOR AGING,            :
                          Defendant.           :
                                               :

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHIL070
Tysheara Moore

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.



_____    __1 | 27 | 25__
Signature                                       Date

Tysheara Moore
Name (Please Print Neatly)

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL070
Tysheara Moore



Tusheara Moore

PHILADELPHIA PA 190

27 JAN 2025 PM 7 L



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 59   IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE

**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92871

01/30

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEQUAVA MATTHEWS, on behalf of herself    :    2:22-cv-04632-JFM
and others similarly situated,                          :
                                    Plaintiff,            :
                  v.                                            :
                                                                 :
PHILADELPHIA CORPORATION FOR          :
AGING,                                                       :
                                    Defendant.         :

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the

case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM

(E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor

Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound

by the settlement's terms and, in consideration for the settlement payment, will release and forever

discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries,

affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees,

heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant

to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including

overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory

penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation

costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or

that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from

November 18, 2019 through August 20, 2024.  This release is intended to cover "wage and hour" claims

arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations,

ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages;

failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation;

failure to maintain required business records; failure to provide accurate or complete itemized wage

statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on a Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_____          02/28/2025
Signature                                          Date

Gina Mullen-Obrien
_____
Name (Please Print Neatly)

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025 to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
2832 Walnut Avenue, Suite C
Tustin, CA 92780

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEQUAVA MATTHEWS, on behalf of herself and   :   2:22-cv-04632-JFM
others similarly situated,   :
                    Plaintiff,   :
          v.   :
  :
PHILADELPHIA CORPORATION FOR AGING,   :
              Defendant.   :

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHIL080
Ruqayyah D Qaiyim

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_____
Signature

Date  1/27/25

_Ruqayyah Qaiyim_
Name (Please Print Neatly)

_____
Addr

_____
City,

_____
Phon

_____
Emai

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL080
Ruqayyah D Qaiyim



PHILADELPHIA PA 190

29 JAN 2025 PM 7 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE.
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL     PERMIT NO. 59     IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE

**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PHILADELPHIA CORPORATION FOR AGING, | : | |
| Defendant. | : | |

## <u>CONSENT TO PARTICIPATE IN SETTLEMENT</u>

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHIL084
Erica M Riggs

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_Erica Riggs, BSW_
Signature

_1-29-25_
Date

_Erica Riggs_
Name (Please Print Neatly)

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL084
Erica M Riggs

PHILADELPHIA PA 190

1 FEB 2025 PM 9 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 59    IRVINE CA
POSTAGE WILL BE PAID BY ADDRESSEE

**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92871

92871#9998

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : : : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : : | |
| PHILADELPHIA CORPORATION FOR AGING, | : : | |
| Defendant. | : | |

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage

statements; failure to compensate for all time worked; failure to properly calculate compensable time

worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner,

including upon employment termination; and contributions to any 401(k), 403(b), pension plan, or other

retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my

back wages. The other 50% will be reported on a Form 1099, which represents liquidated damages.  I

agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax

treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of

Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval

of the settlement.

_____          02/25/2025
Signature                                                      _____
                                                                      Date

_____
    Haja Sillah
Name (Please Print Neatly)

███████████████████████

███████████████████████

███████████████████

█████████████  _____
Email Address

**Return (preferably in enclosed envelope) by March 3, 2025 to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
2832 Walnut Avenue, Suite C
Tustin, CA 92780

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : : : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : : | |
| PHILADELPHIA CORPORATION FOR AGING, | : : | |
| Defendant. | : : | |

## **CONSENT TO PARTICIPATE IN SETTLEMENT**

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage

statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on a Form 1099, which represents liquidated damages.  I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_____                          02/25/2025
                                                         _____
Signature                                                Date

Melanie Starks-Montgomery
_____
Name (Please Print Neatly)

██████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████████████
██████████████████████
Email Address

**<u>Return (preferably in enclosed envelope) by March 3, 2025 to:</u>**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
2832 Walnut Avenue, Suite C
Tustin, CA 92780

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PHILADELPHIA CORPORATION FOR AGING, | : | |
| Defendant. | : | |

## <u>CONSENT TO PARTICIPATE IN SETTLEMENT</u>

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHIL095
Shemar I Thompson-Moore

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_____          1/28/25
Signature                                 Date

Shemar I. Thompson Moore
Name (Please Print Neatly)



**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHILADELPHIA PA 190
28 JAN 2025 PM 5 L



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 59    IRVINE CA
POSTAGE WILL BE PAID BY ADDRESSEE

**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92871



01/30

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PHILADELPHIA CORPORATION FOR AGING, | : | |
| Defendant. | : | |

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage

statements; failure to compensate for all time worked; failure to properly calculate compensable time

worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner,

including upon employment termination; and contributions to any 401(k), 403(b), pension plan, or other

retirement or employee benefit plan based on payments made by reason of the Agreement.

      For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my

back wages. The other 50% will be reported on a Form 1099, which represents liquidated damages.  I

agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax

treatment of any payments.

      I submit to the personal jurisdiction of the United States District Court for the Eastern District of

Pennsylvania for purposes of enforcing the Release.

      I understand that receipt of my settlement award is contingent on the Court granting final approval

of the settlement.

_____         02/25/2025
Signature                                              Date

    Gary White
_____
Name (Please Print Neatly)

██████████████████████
█████

████████████████████
████████

███████████████
███████

Email Address

**<u>Return (preferably in enclosed envelope) by March 3, 2025 to:</u>**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
2832 Walnut Avenue, Suite C
Tustin, CA 92780

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEQUAVA MATTHEWS, on behalf of herself : 2:22-cv-04632-JFM
and others similarly situated,
                              Plaintiff, :

        v.                                          :

PHILADELPHIA CORPORATION FOR :
AGING,
                              Defendant. :

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the

case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM

(E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor

Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound

by the settlement's terms and, in consideration for the settlement payment, will release and forever

discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries,

affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees,

heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant

to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including

overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory

penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation

costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or

that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from

November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims

arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations,

ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages;

failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation;

failure to maintain required business records; failure to provide accurate or complete itemized wage

statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on a Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

| | |
|---|---|
| *Rose Williams* | 02/25/2025 |
| Signature | Date |

Rose Williams
Name (Please Print Neatly)

███████████████

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025 to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
2832 Walnut Avenue, Suite C
Tustin, CA 92780

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEQUAVA MATTHEWS, on behalf of herself and   :   2:22-cv-04632-JFM
others similarly situated,   :
                     Plaintiff,   :
     v.   :
  :
PHILADELPHIA CORPORATION FOR AGING,   :
                Defendant.   :

## CONSENT TO PARTICIPATE IN SETTLEMENT

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHIL104
Sharena Williams

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_Sharena Williams_                                          _1/27/25_
Signature                                                              Date

_Sharena Williams_
Name (Please Print Neatly)

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL104
Sharena Williams

PHILADELPHIA PA 190

28 JAN 2025 PM 9 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL     PERMIT NO. 59     IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE

**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92871

92871$89998

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEQUAVA MATTHEWS, on behalf of herself and others similarly situated, | : | 2:22-cv-04632-JFM |
| Plaintiff, | : | |
| v. | : | |
| PHILADELPHIA CORPORATION FOR AGING, | : | |
| Defendant. | : | |

## <u>CONSENT TO PARTICIPATE IN SETTLEMENT</u>

I have read the form entitled "Notice of Settlement" and wish to participate in the settlement of the case *Nequava Matthews, et al. v. Philadelphia Corporation for Aging*, Case No. 2:22-cv-04632-JFM (E.D. Pa) (the "Lawsuit"), which I previously joined pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b).

**RELEASE OF CLAIMS.** I understand that, if the Court approves the settlement, I will be bound by the settlement's terms and, in consideration for the settlement payment, will release and forever discharge Philadelphia Corporation for Aging (as well as its past, present, or future parents, subsidiaries, affiliates, related companies, successors, predecessors, owners, officers, directors, agents, employees, heirs, spouses, administrators, executors, partners, assigns, and insurers) from all claims brought pursuant to any federal, state, or local law (including the FLSA and the PMWA) for unpaid wages (including overtime wages) and/or any associated damages, reimbursements, unpaid advances, civil and/or statutory penalties, liquidated damages, punitive damages, multiple damages, interest, attorneys' fees, litigation costs, restitution, and/or equitable relief that were asserted or could have been asserted in the Lawsuit or that relate to or arise out of the facts alleged in any version of the complaint filed in the Lawsuit from November 18, 2019 through August 20, 2024. This release is intended to cover "wage and hour" claims arising under Pennsylvania state laws, any applicable state, county, or local laws, statutes, regulations, ordinances, or wage orders and alleging unpaid overtime, regular, straight-time, or minimum wages; failure to provide compliant meal and/or rest breaks; failure to pay meal and/or rest period compensation; failure to maintain required business records; failure to provide accurate or complete itemized wage statements; failure to compensate for all time worked; failure to properly calculate compensable time worked or the regular rate of pay; waiting time penalties; failure to pay all wages due in a timely manner, including upon employment termination; and contributions

PHIL105
Jasmine Wilson

to any 401(k), 403(b), pension plan, or other retirement or employee benefit plan based on payments made by reason of the Agreement.

For tax reporting purposes, 50% of the settlement will be on a W-2 Tax form and represents my back wages. The other 50% will be reported on Form 1099, which represents liquidated damages. I agree that Philadelphia Corporation for Aging has made no representations regarding the proper tax treatment of any payments.

I submit to the personal jurisdiction of the United States District Court for the Eastern District of Pennsylvania for purposes of enforcing the Release.

I understand that receipt of my settlement award is contingent on the Court granting final approval of the settlement.

_J. Wilson_
Signature

_1-28-25_
Date

_Jasmine Wilson_
Name (Please Print Neatly)

Email Address

**Return (preferably in enclosed envelope) by March 3, 2025, to:**

PCA Overtime Lawsuit
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA 92781
Fax: (888) 845-6185
E-mail: claims@ILYMgroup.com

PHIL105
Jasmine Wilson

PHILADELPHIA PA 190

30 JAN 2025  PM 10 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 59    IRVINE CA

POSTAGE WILL BE PAID BY ADDRESSEE



**PCA Overtime Lawsuit**
c/o ILYM Group, Inc.
P.O. Box 2031
Tustin, CA

 B900